# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

September 03, 2010

MEMORANDUM TO COUNSEL OR PARTIES

Appeal Number: 10-13296-GG
Case Style: Ironshore Indemnity, Inc. v. Banyon 1030-32-LLC, et al
District Court Docket No: 0:10-cv-60285-UU

FILED by _____ D.C.
SEP 08 2010
STEVEN M. LARIMORE
CLERK U. S. DIST. CT
S. D. of FLA. – MIAMI

The following action has been taken in the referenced case:

The enclosed order has been ENTERED.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Tonya Richardson, GG
Phone #: (404) 335-6176

MOT-2 Notice of Court Action

# IN THE UNITED STATES COURT OF APPEALS

## FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
SEP 0 3 2010
JOHN LEY
CLERK

No. 10-13296-GG

IRONSHORE INDEMNITY, INC.,

             Plaintiff - Appellant,

versus

BANYON 1030-32-LLC,
BANYON CAPITAL, LLC,
BANYON FUNDING, LLC,
BANYON RESOURCES, LLC,
BANYON INVESTMENTS, LLC,
(Delaware), et al.,

             Defendants - Appellees.

---

On Appeal from the United States District Court for the
Southern District of Florida

---

ORDER:

On August 23, 2010, Appellee BANYON 1030-32, LLC filed a suggestion of bankruptcy. This Court notes that Appellee filed a Chapter VII bankruptcy petition in Case No. 10-33691-JKO, which is pending.

Accordingly, this appeal is hereby STAYED in its entirety pending further orders of the Bankruptcy Court and this Court. See 8 U.S.C. § 362.

Appellee BANYON 1030-32, LLC is directed to file, by the 15th of each month, monthly status reports with this Court regarding its bankruptcy case.

_____
UNITED STATES CIRCUIT JUDGE

A True Copy - Attested:
Clerk, U.S. Court of Appeals,
Eleventh Circuit

By: _____
Deputy Clerk
Atlanta, Georgia